IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CR227 |
| v. | ) | |
| | ) | JUDGMENT |
| RAYMOND L. HEISSER, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the United States of America and against Raymond L. Heisser.

DATED this 22nd day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge